WICKSON *vs.* WILLIAMS, *et al.*

APPEAL, FROM MADISON.  New Trial.  (Before Judge Lumpkin.)

Blandford, J.—The plea to an action being failure of consideration, the evidence being conflicting, the jury having found in favor of the defendant, and the presiding judge having exercised his discretion in refusing to grant a new trial on the ground that the verdict was contrary to law and the evidence. this court will not interfere.

Judgment affirmed.

Barrow & Thomas, for plaintiff in error.

No appearance for defendants. ·